```
            IN THE UNITED STATES CIRCUIT COURT
               FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| **CELLUSTAR CORP.** | |
| Plaintiff, | Civil No. 19-1559 (PAD) |
| v. | |
| **SPRINT CORPORATION; SPRINT SOLUTIONS, INC.; PR WIRELESS PR, LLC; COMPANY ABC; INSURANCE COMPANIES ABC.** | |
| Defendants | |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST SPRINT CORPORATION PURSUANT TO FEDERAL RULE 41(a)(1)(A)(i)

**TO THE HONORABLE COURT:**

**COME NOW**, plaintiff, Cellustar, Corp. through the undersigned counsel, and respectfully alleges and prays:

1. During the Initial Scheduling Conference held on June 19, 2019, the Court order Plaintiff to inform, by July 12, 2019, whether it would request voluntary dismissal of the claims against Sprint Corporation. *See* CM/ECF No. 19.

2. On July 11, 2019, Plaintiff and Sprint Corporation filed a joint motion requesting, amongst other things, a five (5) day extension, until July 18, 2019, to evaluate and/or request the voluntary dismissal without prejudice of all claims against Sprint Corporation. *See* CM/ECF No. 27. On that same date, the joint motion was granted. *See* CM/ECF No. 28.

3. As of today, Sprint Corporation has not served either an answer or a motion for summary judgment to Cellustar.

4. Pursuant to Federal Rule 41(a)(1)(A)(i) and the aforementioned Order, Plaintiff voluntarily dismisses all claims against Sprint Corporation in the present action, without prejudice.

**WHEREFORE,** Cellustar, Corp. respectfully moves the Court to enter judgment dismissing without prejudice the present action against Sprint Corporation.

**RESPECTFULLY SUBMITTED.**

It is hereby certified that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, on July 17, 2019.

**PIETRANTONI MÉNDEZ & ALVAREZ LLC**
Popular Center 19th Floor
208 Ponce de Leon Ave.
San Juan, PR 00918
Tel. 787-274-1212
Fax. 787-274-1470

**s/Herman G. Colberg-Guerra**
Herman G. Colberg Guerra
USDC-PR Bar No. 212511
hcolberg@pmalaw.com

**s/ Christian A. Muñoz Lugo**
Christian A. Muñoz Lugo
USDC No. 305813
cmunoz@pmalaw.com